Louis Lercari, an Infant by Stephen Lercari, His Guardian ad Litem, and Stephen Lercari, Respondents, v. The City of New York, Appellant.— In an action brought by the infant plaintiff to recover damages for personal injuries allegedly sustained through the negligence of the defendant, a municipality, when the infant tripped over a stone on the public sidewalk, and by the adult plaintiff to recover damages for loss of services, judgment in favor of the plaintiffs, entered upon the verdict of a jury, reversed on the law and complaint dismissed, with costs to the appellant on this appeal and in the trial court. There was no evidence of actual notice to the municipality of the alleged dangerous condition of the sidewalk. The claimed evidence of constructive notice was insufficient legally to charge the defendant with liability to plaintiffs. (*Francis* v. *Gaffey*, 211 N. Y. 47; *Orser* v. *City of New York*, 193 id. 537; *Persick* v. *Philadelphia & Reading Coal & Iron Co.*, 182 App. Div. 291.) Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

Joan Markowitz, Appellant, v. Benjamin Markowitz, Respondent.— In an action for separation on the grounds of abandonment and failure to provide for plaintiff and her child, judgment dismissing the complaint on the merits reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. The proof was sufficient to warrant a judgment of separation. Findings of fact "fourth" and "fifth" are reversed. We grant a new trial in order that, if plaintiff succeed thereon, the questions of alimony and the custody of the child may be considered. Appeal from certain findings of fact and conclusions of law dismissed. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

Charles R. Marvin, Appellant, v. Sylvan L. Hanauer and Max Gruber, Respondent.— Action for a declaratory judgment in respect of to whom certain commissions in a real estate transaction belong. Order of February 3, 1938, granting defendant Hanauer's motion for leave to serve an amended answer affirmed, with ten dollars costs and disbursements. Order of February 11, 1938, denying plaintiff's motion for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.